# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1287

_____

ROBERT L. JONES, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.

July 23, 2025

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

ROBERTS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert L. Jones, Jr., pro se, Petitioner.

No appearance for Respondent.